# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL

SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
KEVIN M. BAIRD
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M. JONES
RICHARD S. JULIE (NY ONLY)
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MATTHEW B. MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6637
FAX: (302) 576-3320

E-MAIL: emorton@ycst.com

H. ALBERT YOUNG
1929-1982

H. JAMES CONAWAY, JR.
1947-1990

WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

March 16, 2005

**BY HAND DELIVERY**

Dr. Peter T. Dalleo, Ph.D., Clerk
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    <u>In re: Cable & Wireless, Appeal Nos. 05-85, 05-86 & 05-101</u>

Dear Dr. Dalleo:

      I represent the Omega Liquidating Trust, as successor to Cable & Wireless, *et al.* (the "Liquidating Trust"), and am writing to address the record that has been transmitted from the United States Bankruptcy Court with respect to the appeals filed in the Cable & Wireless bankruptcy case by Geary-Market Investment Company, Ltd. (Civil Action No. 05-85), as well as the related cross-appeal (Civil Action No. 05-86) (the "Geary-Market Appeals"), and Plaza America (Civil Action No. 05-101) (the "Plaza America Appeal" and, collectively with the Geary-Market Appeals, the "Appeals").

      The orders issued by the Bankruptcy Court from which the Appeals were taken were issued on the same day and, thus, are on virtually identical appellate timetables. Consequently, the records transmitted to your office included some items related to the incorrect Appeals for each record. Set forth below is what the Liquidating Trust respectfully submits are the appropriate records for each of the Appeals. All parties on the service lists for each of the

WP3:1092913.2                                                                                             62838.1001

Young Conaway Stargatt & Taylor, LLP
Dr. Peter T. Dalleo, Ph.D., Clerk
March 16, 2005
Page 2

Appeals have been copied on this correspondence. The proper items for inclusion in the records on the Appeals, with reference to the Bankruptcy Court docket number, are:

**Geary-Market Appeal:**

Notice of Appeal AP-05-01 (Docket #2086)
Certified Copy of Order dated 1/6/05 (Docket #2075)
Appellant's Designation of Items on Appeal (Docket #2096)
Notice of Cross Appeal AP-05-005 (Docket #2093)
Appellee's Statement of Issues on Cross Appeal (Docket #2108)
Certified Copy of Docket

**Plaza America Appeal:**

Notice of Appeal AP-05-04 (Docket #2088)
Certified Copy of Order dated 1/6/05 (Docket #2076)
Appellant's Designation of Items on Appeal (Docket #2101 & 2104)
No Designations from Appellee - Omega Liquidating Trust
No Designations from Appellee – SAVVIS, Inc.
Certified Copy of Docket

As always, counsel are available to the extent that you have any questions or comments concerning the foregoing.

Sincerely,

Edmon L. Morton

ELM:bm
cc:  All parties on service lists for the Appeals