**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CABLE & WIRELESS USA, INC., et al., | Substantively Consolidated |
| Debtors. | Bankruptcy Case No. 03-13711 (RB) |
| Geary-Market Investment Company, Ltd. | |
| Appellant | |
| v. | Civil Action No. 05-85 |
| AlixPartners, LLC | |
| Appellee | |
| Trustee of the Omega Liquidating Trust | |
| Cross-Appellant | |
| v. | Civil Action No. 05-86 |
| Geary-Market Investment Company, Ltd. | |
| Cross-Appellee | |

**STIPULATION OF DISMISSAL  BETWEEN THE OMEGA LIQUIDATING TRUST
AND GEARY-MARKET INVESTMENT CO., LTD**

The above-captioned appeal and cross-appeal are hereby withdrawn and dismissed, with

prejudice, each party to bear its own costs and expenses.

WP3:1119023.1                                                                 062838.1001

LEBOEUF, LAMB, GREENE & MACRAE, LLP
Bennett G. Young
Seth W. Wiener
One Embarcadero Center, Suite 400
San Francisco, California 94111
(415) 951-1100

-and-

BALLARD, SPAHR, ANDREWS
& INGERSOLL, LLP

Tobey M. Daluz (No. 3939)
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
(302) 252-4465

Counsel for Geary-Market Investment Company,
Ltd.

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
(213) 615-1700

-and-

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600

Co-Counsel for AlixPartners, LLC as
trustee of the Omega Liquidating Trust